UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>         Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.,;  REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMANY; AND DOES 1 to 50 iNCLUSIVE,<br><br>         Defendants. | CASE NO. 1:10-CV-2375 AWI SKO<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 28, 2011 AND TAKING MATTER UNDER SUBMISSION |

   Defendants Deutsche Bank Trust and Saxon Mortgage Services have filed a motion to dismiss for failure to state a claim under Fed. Rule Civ. Proc. 12(b)(6).  Plaintiffs filed a late reply.  Thus, Plaintiffs are no longer entitled to be heard at oral argument. See Local Rule 230(c).  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 23, 2011                                                     _____
                                                                                                      CHIEF UNITED STATES DISTRICT JUDGE

1