Chris Gardas
Attorney at Law
530 43rd Street
Richmond, CA 94805
Tel (415) 407-4918
Fax:  (510) 778-1273
chrisgardas@comcast.net

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>             Plaintiffs,<br><br>     vs.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; AND DOES 1 to 50, Inclusive,<br><br>             Defendants. | Case No.  1:10-CV-02375-AWI-SKO<br>(Removed from Stanislaus County Superior Court, Case No. 659711)<br><br><br>ORDER GRANTING EX PARTE MOTION TO ISSUE SUMMONS |

Having reviewed and considered the Ex Parte Motion of Plaintiffs EDGARDO MICHEL and ALIS SALINAS DE MICHEL for an Order for Issuance of Summons,

**IT IS HEREBY ORDERED** that the Request is GRANTED.  The Clerk of the Court shall forthwith issue and deliver a Summons in this case as to Defendant ARGENT MORTGAGE COMPANY.

### **ORDER**

IT IS SO ORDERED.

Dated:  **September 12, 2011**                   **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE

---

Order Granting Ex Parte Motion to Issue Summons