1  BUCHALTER NEMER
   A Professional Corporation
2  MIA S. BLACKLER (SBN: 188112)
   PETER BALES (SBN: 251345)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  Email: pbales@buchalter.com

6  Attorneys for Defendant
   ARGENT MORTGAGE COMPANY, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | EDGARDO MICHEL AND ALIS SALINAS DE MICHEL, | Case No. 1:10-CV-02375-AWI-SKO |
   |---|---|
12 |  | **ORDER RE: STIPULATION RE RESPONSE TO AMENDED COMPLAINT** |
13 | Plaintiffs, |  |
14 | vs. |  |
15 | DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive, |  |
18 | Defendants. |  |

19

20 Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel

21 ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity

22 Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant

23 Argent Mortgage Company, LLC ("Argent"), and good cause showing IT IS HEREBY

24 ORDERED that:

25   //

26

27

28

1. Argent's responsive pleading to the anticipated First Amended Complaint, assuming it is timely filed by October 31, 2011, is due on November 21, 2011;

2. If Plaintiffs file the First Amended Complaint, Argent is not required to respond to the original Complaint; and

3. If Plaintiffs do not file the First Amended Complaint, Argent's response to the original Complaint is due November 21, 2011.

**ORDER**

IT IS SO ORDERED.

Dated: **October 7, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE