BUCHALTER NEMER
A Professional Corporation
MIA S. BLACKLER (SBN: 188112)
PETER BALES (SBN: 251345)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: pbales@buchalter.com

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. 1:10-CV-02375-AWI-SKO<br><br>**ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF OCTOBER 27, 2011 SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |

Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant Argent Mortgage Company, LLC ("Argent"), and good cause showing IT IS HEREBY ORDERED that:

//

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
        The Scheduling Conference currently set for October 27, 2011 before Magistrate Judge

Sheila K. Oberto is hereby continued to February 9, 2012, at 9:30 a.m. in courtroom 7.

4
5
6   IT IS SO ORDERED.

7
        Dated:   **October 11, 2011**                    **/s/ Sheila K. Oberto**
8                                                         UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 10139949v1                        2

**ORDER RE: STIPULATION 1:10-CV-02375-AWI-SKO**

PDF created with pdfFactory trial version www.pdffactory.com