UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.,;  REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMANY; AND DOES 1 to 50 iNCLUSIVE,<br><br>        Defendants. | CASE NO. 1:10-CV-2375 AWI SKO<br><br>ORDER VACATING HEARING DATE OF JANUARY 23, 2012 AND TAKING MATTERS UNDER SUBMISSION |

   Defendants Deutsche Bank Trust, Saxon Mortgage Services, and Argent Mortgage Company have filed motions to dismiss under Fed. Rule Civ. Proc. 12(b)(6).  The Court has reviewed Defendants' moving papers and has determined that the motions to dismiss are suitable for decision without oral argument.  Local Rule 230.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 23, 2012, is VACATED, and the parties shall not appear at that time.  As of January 23, 2012, the Court will take the Defendants' motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 18, 2012                              _____
                                                       CHIEF UNITED STATES DISTRICT JUDGE

1