BUCHALTER NEMER
A Professional Corporation
MIA S. BLACKLER (SBN: 188112)
PETER BALES (SBN: 251345)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: pbales@buchalter.com

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:10-CV-02375-AWI-SKO<br><br>**ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF FEBRUARY 9, 2012, SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |

Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant Argent Mortgage Company, LLC ("Argent"), and good cause showing IT IS HEREBY ORDERED that:

//

//

The Scheduling Conference currently set for February 9, 2012 before Magistrate Judge Sheila K. Oberto is hereby continued to April 3, 2012, at 9:45 a.m.

IT IS SO ORDERED.

Dated:   **January 23, 2012**              **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE