1  BUCHALTER NEMER
   A Professional Corporation
2  MIA S. BLACKLER (SBN: 188112)
   PETER BALES (SBN: 251345)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  Email: pbales@buchalter.com

6  Attorneys for Defendant
   ARGENT MORTGAGE COMPANY, LLC
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 | EDGARDO MICHEL AND ALIS SALINAS DE MICHEL, | Case No. 1:10-CV-02375-AWI-SKO |
12 | | **ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF FEBRUARY 9, 2012, SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |
   | Plaintiffs, | |
13 | | |
   | vs. | |
14 | | |
   | DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive, | |
15 | | |
16 | | |
17 | | |
18 | Defendants. | |

19

20     Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel
21 ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity
22 Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant
23 Argent Mortgage Company, LLC ("Argent"), and good cause showing IT IS HEREBY
24 ORDERED that:
25     //
26     //
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 10139949v1                           1

**ORDER RE: STIPULATION 1:10-CV-02375-AWI-SKO**

The Scheduling Conference currently set for February 9, 2012 before Magistrate Judge Sheila K. Oberto is hereby continued to April 3, 2012, at 9:45 a.m.

IT IS SO ORDERED.

Dated: **January 23, 2012**           **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE