1  BUCHALTER NEMER
   A Professional Corporation
2  MIA S. BLACKLER (SBN: 188112)
   PETER BALES (SBN: 251345)
3  55 Second Street, Suite 1700
   San Francisco, CA 94105
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  Email: pbales@buchalter.com

6  Attorneys for Defendant
   ARGENT MORTGAGE COMPANY, LLC
7

8                       **UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10

11 | EDGARDO MICHEL AND ALIS SALINAS DE MICHEL, | Case No. 1:10-CV-02375-AWI-SKO |
   |---|---|
   | Plaintiffs, | **ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF APRIL 3, 2012, SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |
   | vs. | |
   | DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive, | |
   | Defendants. | |

20     Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel
21 ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity
22 Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant
23 Argent Mortgage Company, LLC ("Argent"), and good cause showing, IT IS HEREBY
24 ORDERED that:
25     ///
26     ///
27
28

1.      The Scheduling Conference currently set for April 3, 2012, before Magistrate Judge Sheila K. Oberto is hereby continued to May 17, 2012, at 10:00 a.m.; and

2.      All other dates associated with the Scheduling Conference, including ADR and FRCP Rule 26(f) deadlines, are continued in accordance with the new Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **March 20, 2012**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 11177126V1                    2

**ORDER RE: STIPULATION 1:10-CV-02375-AWI-SKO**