BUCHALTER NEMER
A Professional Corporation
MIA S. BLACKLER (SBN: 188112)
PETER BALES (SBN: 251345)
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: pbales@buchalter.com

Attorneys for Defendant
ARGENT MORTGAGE COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:10-CV-02375-AWI-SKO<br><br>**ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF APRIL 3, 2012, SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |

　　　Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant Argent Mortgage Company, LLC ("Argent"), and good cause showing, IT IS HEREBY ORDERED that:

///

///

1. The Scheduling Conference currently set for April 3, 2012, before Magistrate Judge Sheila K. Oberto is hereby continued to May 17, 2012, at 10:00 a.m.; and

2. All other dates associated with the Scheduling Conference, including ADR and FRCP Rule 26(f) deadlines, are continued in accordance with the new Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **March 20, 2012**                             **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE