# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>            Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive,<br><br>            Defendants. | Case No. 1:10-CV-02375-AWI-SKO<br><br>**ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF MAY 17, 2012 SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |

Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant Argent Mortgage Company, LLC ("Argent"), and good cause showing,

IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for May 17, 2012, before Magistrate Judge Sheila K. Oberto is hereby continued to August 2, 2012, at 9:30 a.m.; and

2. All other dates associated with the Scheduling Conference, including ADR and FRCP Rule 26(f) deadlines, are continued in accordance with the new Scheduling Conference date.

IT IS SO ORDERED.

Dated: **April 26, 2012**              **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE