1
2
3
4
5
6
7
8
9
10                             **UNITED STATES DISTRICT COURT**
11                             **EASTERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| 13  EDGARDO MICHEL AND ALIS SALINAS DE MICHEL, | Case No. 1:10-CV-02375-AWI-SKO |
| 14                Plaintiffs, | **ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF MAY 17, 2012 SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |
| 15  vs. | |
| 16  DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive, | |
| 20                Defendants. | |

22    Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel
23 ("Plaintiffs"), Defendants Deutsche Bank Trust Company as Trustee for GSAA Home Equity
24 Trust 2006-2 ("Deutsche Bank") and Saxon Mortgage Services, Inc. ("Saxon"), and Defendant
25 Argent Mortgage Company, LLC ("Argent"), and good cause showing,
26
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 11455202V1                             1

**ORDER RE: STIPULATION 1:10-CV-02375-AWI-SKO**

IT IS HEREBY ORDERED that:

1. The Scheduling Conference currently set for May 17, 2012, before Magistrate Judge Sheila K. Oberto is hereby continued to August 2, 2012, at 9:30 a.m.; and

2. All other dates associated with the Scheduling Conference, including ADR and FRCP Rule 26(f) deadlines, are continued in accordance with the new Scheduling Conference date.

IT IS SO ORDERED.

Dated: **April 26, 2012**      **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE