```
 1  BUCHALTER NEMER
    A Professional Corporation
 2  MIA S. BLACKLER (SBN: 188112)
    PETER BALES (SBN: 251345)
 3  55 Second Street, Suite 1700
    San Francisco, CA 94105
 4  Telephone: (415) 227-0900
    Facsimile: (415) 227-0770
 5  Email: pbales@buchalter.com

 6  Attorneys for Defendant
    ARGENT MORTGAGE COMPANY, LLC
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMPANY; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 1:10-CV-02375-AWI-SKO<br><br>**ORDER RE: STIPULATION RE REQUEST FOR CONTINUANCE OF AUGUST 2, 2012 SCHEDULING CONFERENCE AND RELATED FRCP 26(f) AND ADR DEADLINES** |

Based upon the Stipulation of Plaintiffs Edgardo Michel and Alis Salinas De Michel ("Plaintiffs"), Defendant Deutsche Bank Trust Company as Trustee for GSAA Home Equity Trust 2006-2 ("Deutsche Bank"), Defendant Saxon Mortgage Services, Inc. ("Saxon"), and Defendant Argent Mortgage Company, LLC ("Argent"), and good cause showing IT IS HEREBY ORDERED that:

//

1.  The Scheduling Conference currently set for August 2, 2012 before Magistrate Judge Sheila K. Oberto is hereby continued to November 27, 2012 at 9:15 a.m. before Magistrate Judge Sheila K. Oberto; and

2.  All other dates associated with the Scheduling Conference, including ADR and FRCP Rule 26(f) deadlines, are continued in accordance with the new Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **July 13, 2012**                             **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE