UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO MICHEL AND ALIS SALINAS DE MICHEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-2; SAXON MORTGAGE SERVICES, INC.,; REGIONAL SERVICE CORPORATION; ARGENT MORTGAGE COMANY; AND DOES 1 to 50 iNCLUSIVE,<br><br>    Defendants. | CASE NO. 1:10-CV-2375 AWI SKO<br><br>ORDER RECOGNIZING VOLUNTARY DISMISSAL OF CASE |

Plaintiffs Edgardo and Alis Salinas de Michel have filed a Fed. Rule Civ. Proc. 41(a)(1)(A)(i) notice of voluntary dismissal. Doc. 58.  No answer or motion for summary judgment has yet been filed in this case.  Dismissal on this basis does not require a court order. See Fed. Rule Civ. Proc. 41(a)(1)(A).  Thus, Plaintiffs' filing is self executing and ends this case. The Clerk's Office is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1